BRAFF, HARRIS & SUKONECK
Keith Harris
Attorney I.D. No. 018121992
COUNSELLORS AT LAW
P.O. BOX 657
LIVINGSTON, NEW JERSEY 07039
Telephone: (973) 994-6677
Attorneys for Defendants, Perfect Trading, Inc. and Ding Yi i/p/a Yi Ding
Our File No. 348.23051

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAURICIO D. GONZALEZ-LOPEZ,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**PERFECT TRADING, INC., YI DING, JOHN AND JANE DOES 1-10 (fictitious unidentified individuals) AND ABC CORPORATIONS 1-10, (fictitious individuals, corporations or other business entities presently unidentifiable),**<br><br>    **Defendants.** | **CASE NO. 2:21-cv-12906**<br><br><br><br>**NOTICE OF MOTION**<br>**PURSUANT FRCP §54**<br><br>**RETURNABLE:  JULY 15, 2024** |

**TO:**  Richard Winograd, Esq.
       Ginarte Gonzalez Winograd
       400 Market Street
       Newark, NJ 07105
       Attorneys for Plaintiff, Mauricio D. Gonzalez-Lopez

PLEASE TAKE NOTICE that on July 15, 2024 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for the Defendants, Perfect Trading, Inc. and Ding Yi i/p/a Yi Ding, shall move before such Judge or Judges hearing Motions in the above-named Court for an Order seeking payment of costs pursuant FRCP §54. Defendants will rely upon the Supporting Certification of Keith Harris and documents attached hereto.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that this matter be submitted to the Court for ruling on the papers, pursuant to Rule 1:6-2, and has, accordingly annexed a proposed form of Order. In the event that this matter is not determined pursuant to Rule 1:6-2, then the moving party herein hereby requests oral argument.

                                      BRAFF, HARRIS & SUKONECK
                                      Attorneys for Defendants, Perfect Trading, Inc. and Ding Yi i/p/a Yi Ding

By: _____
      KEITH HARRIS

Dated: June 10, 2024