UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAURICIO D. GONZALEZ-LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>PERFECT TRADING, INC., YI DING, *et al.*,<br><br>Defendants. | Civ. No. 2:21-CV-12906 (WJM)<br><br>ORDER |

<u>**WILLIAM J. MARTINI, U.S.D.J.**</u>

This matter having been opened to the Court on the application of Braff, Harris & Sukoneck, attorneys for Defendants, Perfect Trading, Inc. and Yi Ding ("Defendants"), upon a Notice of Motion seeking payment of costs pursuant FRCP §54; and the Court having considered the moving papers and no opposition having been filed; and for good cause shown;

**IT IS** on this 15th day of July 2024, **ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall be awarded costs in the amount of $5,879.63, which shall be paid by Plaintiff within thirty (30) days of entry of the Court's Order.

WILLIAM J. MARTINI, U.S.D.J