## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MAURICIO D. GONZALEZ-LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> PERFECT TRADING, INC., YI DING, *et al.*, <br><br> Defendants. | Civ. No. 2:21-CV-12906 (WJM) <br><br><br> JUDGMENT |

**WILLIAM J. MARTINI, U.S.D.J.**

Defendants Perfect Trading, Inc. and Yi Ding having moved at the close of Plaintiff's case for a judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a)(1)(B) and for the reasons stated on the record on June 3, 2024, and for good cause shown,

**IT IS** on this 29th day of August 2024, **ORDERED** that judgment as a matter of law be entered in favor of Defendants Perfect Trading, Inc. and Yi Ding and against Plaintiff Mauricio Gonzalez-Lopez; and

**IT IS FURTHER ORDERED** that the Clerk's Office shall close this matter.

_____
WILLIAM J. MARTINI, U.S.D.J.

Date: **August 29, 2024**